IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-86 |
| | ) |
| COURTNEY B. MURRAY | ) |
| | ) REDACTED |
| Defendant. | ) |
| | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 1, 2008, in the State and District of Delaware, Courtney B. Murray, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Colt Cobra .38 caliber revolver, Serial # B78888, after having been convicted on or about June 26, 2006, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of each respective offense, including but not limited to the following:

FILED
JUN 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

*Foreperson*

COLM F. CONNOLLY
United States Attorney

BY: GEOFFREY G. GRIVNER
Special Assistant United States Attorney

Dated: June 3, 2008