IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 08-86-JJF |
| ) | |
| COURTNEY B. MURRAY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Geoffrey G. Grivner, Special Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1. The Grand Jury returned an Indictment against the defendant on June 3, 2008.

2. Defendant filed a Motion for Discovery, Motion to Inspect Grand Jury Testimony, and Motion to Supress Evidence on July 2, 2008.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of a hearing on Defendant's motions. A proposed form of order is attached for the Court's convenience.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


By: *[signature]*

        GEOFFREY G. GRIVNER
        Special Assistant United States Attorney

Dated: July 18, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 08-86-JJF |
| | ) |
| COURTNEY B. MURRAY | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that:

1. A scheduling conference in this matter will be held on the ___ day _____, 2008 at _____:m in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interest of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

# CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, hereby certify that on July 18, 2008, I caused the foregoing to be served on the following counsel in the manner indicated:

**BY HAND DELIVERY**

Raymond M. Radulski, Esq.
1225 North King Street, #301
Wilmington, DE 19801
Attorney for Defendant

Geoffrey G. Grivner