IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No.08-87-JJF |
| COURTNEY MURRAY, | : |
| Defendant. | : |

**MOTION FOR DISCOVERY**

COMES NOW Defendant, COURTNEY MURRAY, by and through his attorney RAYMOND M. RADULSKI, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and makes this motion that the Government be required to allow counsel for the Defendant to inspect, copy or photograph any and all statements of the Defendant which may be discovered in accordance with Rule 16(a)(1)(A); to furnish counsel for the Defendant a copy of any prior criminal record of the Defendant in accordance with Rule 16(a)(1)(b); to permit counsel for the Defendant to inspect, copy or photograph any and all documents and tangible objects which may be discovered pursuant to Rule 16(a)(1)©; and to permit counsel for the Defendant to inspect, copy or photograph any results or reports of examinations, or tests, pursuant to Rule 16(a)(1)(D).

```
                                /s/ Raymond M. Radulski
                                RAYMOND M. RADULSKI, ESQUIRE
                                #332
                                1225 N. King Street, #301
                                Wilmington, DE 19802
                                (302) 658-9388
                                Attorney for Defendant,
                                  COURTNEY MURRAY
Dated: July 2, 2008
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :Cr. Action No. 08-87-JJF |
| | : |
| COURTNEY MURRAY, | : |
| | : |
| Defendant. | : |

### ORDER

The Defendant, COURTNEY MURRAY'S, Motion For Discovery having been heard and considered,

ORDERED this ____ day of _____, A.D., 2008, that the Government shall provide copies of any and all material requested pursuant to Defendant's Motion.

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 08-87-JJF |
| COURTNEY MURRAY, | : |
| Defendant. | : |

**<u>CERTIFICATE OF COUNSEL</u>**

COMES NOW, Raymond M. Radulski, Court appointed counsel for Defendant, COURTNEY MURRAY, and respectfully submits this Certificate in accordance with Rule 5(d)(2) of the local Rules of Criminal Procedure.

1. On June 30, 2008, the undersigned communicated with AUSA Geoffrey Grivner, regarding discovery. Mr. Grivner previously furnished discovery materials in this matter. It is anticipated that he will forward any additional appropriate discovery materials to the defense.

2. Counsel for the Defendant, COURTNEY MURRAY, anticipates that the Government may have or obtain additional evidence which it will seek to use in its case against the Defendant.

WHEREFORE, counsel for Defendant, COURTNEY MURRAY, believes that he has complied with Rule 5(d)(2) of the local Rules of Criminal Procedure and that he is entitled to discovery under F.R. Cr. P. 7(f) and 16(a).

```
                              /S/ Raymond M. Radulski, Esquire
                              RAYMOND M. RADULSKI, ESQUIRE
                              #332
                              1225 N. King Street, #301
                              Wilmington, DE 19801
                              (302) 658-9388
                              Attorney for Defendant,
                               COURTNEY MURRAY
```

Dated: July 2, 2008

```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         :
                                  :
        Plaintiff,                :
                                  :
        v.                        : Cr. Action No. 08-87-JJF
                                  :
COURTNEY MURRAY,                  :
                                  :
        Defendant.                :
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant COURTNEY MURRAY's Motion For Discovery with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Geoffrey Grivner, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/S/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
    COURTNEY MURRAY

Dated: July 2, 2008