```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
         Plaintiff,                :
                                   :
    v.                             :  Cr. Action No. 08-87-JJF
                                   :
COURTNEY MURRAY,                   :
                                   :
         Defendant.                :
```

**MOTION TO INSPECT GRAND JURY TESTIMONY**

     COMES NOW, COURTNEY MURRAY, Defendant, by and through his attorney, RAYMOND M. RADULSKI, ESQUIRE, and moves this Honorable Court to order the United States Government to allow his Counsel to inspect and/or copy all transcripts of the Grand Jury testimony of witnesses who are to be called to testify against him.

```
                              /s/ Raymond M. Radulski, Esquire
                              RAYMOND M. RADULSKI, ESQUIRE
                              #332
                              1225 N. King Street, #301
                              Wilmington, DE 19802
                              (302) 658-9388
                              Attorney for Defendant,
                                COURTNEY MURRAY
```

Dated: July 2, 2008

```
              IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        :
                                 :
        Plaintiff,               :
                                 :
        v.                       :   Cr. Action No. 08-87-JJF
                                 :
RODNEY L. CONYER, JR.,           :
                                 :
        Defendant.               :
```

## ORDER

The Defendant, COURTNEY MURRAY'S Motion To Inspect Grand Jury Testimony having been heard and considered,

ORDERED this ____ day of _____, A.D., 2008, that the Government shall make available for inspection all testimony requested pursuant to Defendant's Motion.

                                                        _____
                                                                   J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|      Plaintiff, | : |
| v. | : Cr. Action No. 08-87-JJF |
| COURTNEY MURRAY, | : |
|      Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant COURTNEY MURRAY's Motion To Inspect Grand Jury Testimony with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Geoffrey Grivner, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

                                       /S/ Raymond M. Radulski
                                       RAYMOND M. RADULSKI, ESQUIRE
                                       ID #332
                                       Legal Arts Building, Suite 301
                                       1225 North King Street
                                       Wilmington, DE 19801
                                       (302) 658-9388
                                       rradulskiesq@aol.com
                                       Attorney for Defendant
                                             COURTNEY MURRAY

Dated: July 2, 2008